**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VARUN CHOPRA, et al.,

    Plaintiffs,

v.                                                          Case No. 16-13915

PHYSICIANS MEDICAL CENTER, LLC, et al.,

    Defendants.
_____/

## ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL

Pending before the court is Plaintiffs' Motion to Compel Discovery and for Sanctions. (Dkt. #36.) Defendants have filed a response, (Dkt. #37), and Plaintiffs have filed their reply, (Dkt. #38). The motion is set for hearing on May 9, 2017. The court notes the requirement of Eastern District of Michigan Local Rule 37.1 that the parties meet and confer **in advance of the hearing** to "enable the parties to narrow the areas of disagreement to the greatest possible extent." E.D. Mich. LR 37.1. In addition, the court wishes to highlight the conference requirements of Eastern District of Michigan Local Rule 7.1(a) and Federal Rule of Civil Procedure 37(d)(1)(B). Plaintiffs are directed to ensure that they have undertaken a proper effort to comply with these requirements in relation to the instant motion **prior to the hearing on May 9, 2017.**
**So Ordered.**

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: May 2, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 2, 2017, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (810) 984-2056