**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

VARUN CHOPRA, et al.,

    Plaintiffs,

v.                                                             Case No. 16-13915

PHYSICIANS MEDICAL CENTER, LLC, et al.,

    Defendants.

_____/

**ORDER HOLDING ALL PROCEEDINGS IN ABEYANCE PENDING MEDIATION**

The parties appeared for a hearing regarding their cross-motions for summary judgment on October 11, 2017. Prior to the hearing the court held a status conference with the parties off the record regarding Plaintiffs' recently filed request for leave to amend their complaint. (Dkt. # 77.) After discussion, the parties agreed to pursue mediation and requested that the court hold all proceedings in abeyance pending the outcome of mediation. The parties jointly drafted a Memorandum of Understanding (attached to this Order) establishing their desire to pursue mediation. Importantly, the parties agreed to notify the court by October 20, 2017 of their chosen mediator and determined that if they are unable to agree on a mediator by that date, the court will select a mediator.

Accordingly,

IT IS ORDERED that the present action is held in ABEYANCE while the parties pursue mediation.

IT IS FURTHER ORDERED that the parties will notify the court by **October 20, 2017** of their chosen mediator or of their failure to agree on a mediator.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 12, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 12, 2017, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522