UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Varun Chopra, M.D., et al.,

                Plaintiff(s),

v.                                     Case No. 2:16−cv−13915−RHC−DRG
                                          Hon. Robert H. Cleland

Oakland Physicians Medical
Center, LLC, et al.,

                Defendant(s).

**JUDGMENT FOR PLAINTIFF(S)**
**Jury Verdict**

   This action came before the Court for a trial by jury. This action was tried and the jury has rendered its verdict.

   IT IS ORDERED that Plaintiff(s) recover of Defendant(s) the amount of $484564.00 with interest at the rate provided by law.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ L. Wagner
                                               Deputy Clerk

Dated:   October 10, 2018

Approved as to form:

s/ Robert H. Cleland