# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 18, 2018

Mr. Andrew J. Broder
Payne, Broder & Fossee
32100 Telegraph Road
Suite 200
Bingham Farms, MI 48025

Mr. Robert Morris Riley
Honigman, Miller, Schwartz & Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Mr. E. Todd Sable
Honigman, Miller, Schwartz & Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

 Re: Case No. 18-2297, *Varun Chopra, M.D., et al v. Oakland Physicians Medical Ce, et al*
   Originating Case No. : 2:16-cv-13915

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 18-2297

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

VARUN CHOPRA, MD; SATISH CHOPRA; POONAM CHOPRA

    Plaintiffs - Appellees

v.

OAKLAND PHYSICIANS MEDICAL CENTER, LLC; SANYAM SHARMA; PRIYAM SHARMA

    Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 18, 2018